IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

      Plaintiff,                    No. 2:12-cv-1438 GEB GGH P

  vs.

JAMES WEDELL, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff has filed a motion for extension of time to file a completed in forma paupers application and certified trust account statement.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 3, 2012, motion for an extension of time (Docket No. 9) is granted;

        2. Plaintiff is granted up to and including August 18, 2012, in which to file a complete in forma pauperis application and certified trust account statement.

DATED: July 12, 2012

                                      /s/ Gregory G. Hollows
                             UNITED STATES MAGISTRATE JUDGE

GGH:kly
will1438.36