IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

     Plaintiff,                 No. 2:12-cv-1438 GEB GGH P

  vs.

JAMES WEDELL, et al.,

     Defendants.          ORDER

_____/

       Plaintiff has filed a motion for extension of time to file a completed in forma paupers application and certified trust account statement. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's July 3, 2012, motion for an extension of time (Docket No. 9) is granted;

       2. Plaintiff is granted up to and including August 18, 2012, in which to file a complete in forma pauperis application and certified trust account statement.

DATED: July 12, 2012

                         /s/ Gregory G. Hollows
                     UNITED STATES MAGISTRATE JUDGE

GGH:kly
will1438.36