IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

    Plaintiff,  No. 2:12-cv-1438 GEB GGH P

    vs.

JAMES WEDELL, et al.,

    Defendants.  ORDER

_____/

    Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On September 7, 2012, the court denied plaintiff's request to proceed in forma pauperis and ordered plaintiff to pay the filing fee in full within twenty-eight days. That time period has expired and plaintiff has not paid the filing fee or otherwise communicated with the court.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: October 25, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1